# UNITED STATES DISTRICT COURT
для the
Eastern District of Virginia

| United States of America<br>v.<br><br>JESSICA CLEMENCIO MORAIS<br>AND<br>NYHA ESMERALDO CLEMENTE<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:24-MJ-99<br><br>**UNDER SEAL** |
|---|---|---|

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 12, 2024__ in the city/county of __Loudoun__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846 | Distribute five kilograms or more of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See Affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

SAUSA Lauren Hahn
*Printed name and title*

*Complainant's signature*

Serena Liss, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____ *(specify reliable electronic means)*.

Date: March 13, 2023

*Judge's signature*

City and state: Alexandria, VA

Hon. William E. Fitzpatrick, U.S. Magistrate Judge
*Printed name and title*